IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 8:18CR243 |
| JERMAL BROWN, | ORDER FOR DISMISSAL |
| Defendant. | |

Pursuant to Motion of the United States (Filing No. 68), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Indictment against Jermal Brown only.

IT IS ORDERED that the Motion to Dismiss the Indictment (Filing No. 68) is granted.

Dated this 15th day of October, 2019.

BY THE COURT:

s/ Laurie Smith Camp
Senior United States District Judge