IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 8:18CR243 |
| JERMAL BROWN, | ORDER FOR DISMISSAL |
| Defendant. | |

Pursuant to Motion of the United States (Filing No. 70), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Superseding Indictment against Jermal Brown only.

IT IS ORDERED that the Motion to Dismiss the Superseding Indictment (Filing No. 70) is granted.

IT IS FURTHER ORDERED that the change of plea hearing scheduled for October 21, 2019, is terminated.

Dated this 16th day of October 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge